SCANNED at MCF and Emailed on 10/2/25 by (initials) 8 pages

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISRTICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSHUA BRAZZEL, ) | |
| ) | |
| Plaintiff, ) | cause no.  3:24-cv-832 |
| ) | _____ |
| v. ) | (to be added by Court Clerk) |
| ) | |
| M.C.F. WARDEN, ) | **JURY TRIAL DEMAND** |
| CASE MANAGER ) | |
| WAVERICK, ) | |
| NURSE ELLIOT, ) | |
| NURSE LA POIUT, ) | |
| DR. KUENZI, ) | |
| M. H. BECK, ) | |
| SGT. MYERS, ) | |
| ) | |
| Defendant(s). ) | |

PRISONER COMPLAINT 42 U.S.C. §1983

COMES NOW Plaintiff Joshua Brazzel, *pro se,* and files his civil rights complaint seeking damages and declaratory and injunctive relief. In support of Plaintiff puts forth the following.

**I.   JURISDICTION**

1. This is a civil rights action authorized by 42 USC § 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 USC §§ 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to

1

28 USC §2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 USC §§ 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedures.

2. The Northern District Court of Indiana is an appropriate venue under 28 USC § 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II.   PLAINTIFF

3. Plaintiff Joshua Brazzel, DOC # 186638 is and was at all times a prisoner at the Miami Correctional Facility located in Bunker Hill Indiana.

## III.   DEFENDANTS

4. Defendant Warden Brian English is legally responsible in his official and individual capacity for the operation of the Miami Correctional Facility while acting under color of State law.

5. Defendant Case Manager Waverick are being held liable in her individual and official capacity for the operations as case manager at the Miami Correctional Facility while acting under color of State law.

6. Defendant Nurse Elliot is legally responsible in his official and individual capacity for the operation for medical at Miami Correctional Facility while acting under color of State law.

7. Defendant Nurse LaPoiut is legally responsible in his official and individual capacity for the operation of medical at Miami Correctional Facility while acting under color of State law.

8. Defendant Dr. Kuenzi is legally responsible in his official and individual capacity for the operation of medical at Miami Correctional Facility while acting under color of State law.

9. Defendant Mental Health Beck is legally responsible in his official and individual capacity for the operation of mental health at Miami Correctional Facility while acting under color of State law.

10. Defendant Sgt. Myers is legally responsible in his official and individual capacity for the operation of custody and control of prisoner propeerty Miami Correctional Facility while acting under color of State law.

### IV.    EXHAUSTION OF LEGAL REMEDIES

11. Plaintiff has submitted numerous institutional grievances regarding issues now before the Court. Plaintiff has attached in his exhibit packet copies of grievances attempting to address the claims now presented herein. Plaintiff wishes to make the Court aware of the difficulties circumstances surrounding the Miami Correctional Facility (hereafter MCF) grievance program. Plaintiff has made all good faith efforts to resolve said issues known to him in compliance with prerequisite Federal obligations prior to filing in court.

## V.   FACTS

12. Plaintiff began challenging multiple unconstitutional practices which are standard operating procedures at MCF. Identified and argued issues grown into the proxy issue of retaliation. Protections under the U.S. Constitution's 1st, 5th, 8th, and 14th Amendments enjoyed by Plaintiff have been denied. No provocation exists for the unjust denials to Plaintiff's rights.

Plaintiff was placed in a cell with a mentally ill violent mentally ill prisoner. The Plaintiff's then cellmate hereafter cellmate was not properly placed into a psychiatric ward to determine what type of dangers he posed to other prisoners. Beck was informed in writing and verbally by cellmate of his hallucinations and mental torment in front of Ms. Waverick. As a result of their failure to act Plaintiff received numerous serious injuries including those which were life threatening. After receiving said injuries by cellmate the responding nurses failed to take appropriate medical action which resulted in permanent physical injuries. Dr. Kuenzi refused to take standard medical care to ensure no permanent physical injury occurred. Upon going out after the injuries were inflicted on Plaintiff by cellmate  Sgt. Myers took control of all Plaintiff's property resulting in numerous losses.

## VI.   LEGAL CLAIMS

**A(1)**   Mr. Brian English is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity.

**B(1)**   Case Manager Waverick is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity.

**C(1)**   Nurse Elliot is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity

4

**D(1)**   Nurse La Poiut is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity

**E(1)**   Dr. Kuenzi is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity

**F(1)**   M.H. Beck is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity.

**G(1)**   Sgt. Myers is being sued for injunctive relief as well as damages for 8th and 14th Amendment violations in both his official and individual capacity

## V.   CONCLUSION

Plaintiff has presented constitutional deprivations of which a genuine issue of dispute exists. Constitutional violations being perpetrated by Defendants will not resolve themselves void legal adjudication. Plaintiff has presented a strong *prima facie* argument to proceed against all named Defendants with identified civil rights violations.

*Joshua Brazzel*
Plaintiff, *pro se*
10/2/25

Joshua Brazzel #186638
M.C.F.
3038w.  850s.
Bunker Hill, In. 46914

## VII.  PRAYER FOR RELEIF

Plaintiff prays this Honorable Court **GRANTS** a jury trial to have fact finders determine the merits of the issues herein and proper damages to be awarded to Plaintiff. Plaintiff seeks the following;

Declaratory Relief: Declare actions described herein committed by staff unconstitutional

Permanent Injunction:

Additional Accommodation(s) (Demands):

Plaintiff asserts a position financial damages below are reasonable and fair.

|                       | **Compensatory** | **Punitive** |
|---|---|---|
| Brian English`        | 100,000   | 100,000   |
| Case Manager Waverick | 500,000   | 500,000   |
| Nurse Elliot          | 500,000   | 500,000   |
| Nurse LaPoiut         | 500,000   | 500,000   |
| Dr. Kuenzi            | 750,000   | 750,000   |
| Mental Health Beck    | 100,000   | 100,000   |
| Sgt. Myers            | 10,000    | 10,000    |
| Total: _____         |           | Total: _____ |

Joshua Brazzel Plaintiff, *pro se*

10/2/25

Joshua Brazzel #186638
M.C.F.
3038w.   850s.
Bunker Hill, In. 46914

6

## AFFIRMATION

I, Joshua Brazzel affirm the contents herein are true and accurate to the best of my knowledge and belief.

Affiant _Joshua Brazzel_

10/2/25

Joshua Brazzel #186638
M.C.F.
3038w.   850s.
Bunker Hill, In. 46914

## **CERTIFICATE OF SERVICE**

I, Joshua Brazzel do hereby certify that a accurate and true copy of the foregoing document has been served upon Defendants by e-filing system within the MCF law library on this the 2nd day of October 2025.

_____ Joshua Brazzel
Certifier

Joshua Brazzel #186638
M.C.F.
3038w.  850s.
Bunker Hill, In. 46914